UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>PLAYERS NETWORK, INC.,<br><br>　　　　　　　　Defendant. | Case No. 18-cv-1745-BAS-KSC<br><br>**ORDER:**<br><br>**(1) DENYING WITHOUT PREJUDICE MOTION TO WITHDRAW AS COUNSEL OF RECORD; AND**<br><br>**(2) GRANTING MOTION TO EXTEND TIME TO RESPOND TO PENDING MOTIONS**<br><br>**[ECF No. 63]** |

Presently before the Court is a request by Defendant Players Network, Inc.'s counsel to withdraw from this matter and to extend the time for Players Network to respond to two pending motions. (ECF No. 63.) Players Network is principally represented by Barney C. Ales, Esq. of Barney C. Ales, Ltd. (Ales Decl. ¶ 2, ECF No. 63-2.) Further, Mr. Ales located Guillermo Cabrera, Esq. of The Cabrera Firm, A.P.C. to act as local counsel in the matter. (*Id.* ¶ 4.) Both counsel seek to withdraw. (ECF No. 63.)

In support of the request, Mr. Ales states, "Recently a breakdown has occurred in the attorney-client relationship between me and Players Network." (Ales Decl. ¶ 5.) And "because Mr. Cabrera's agreement to act as local counsel in this case was based on [Mr. Ales's] relationship with him, Mr. Cabrera [is] not willing to continue

[to] act as counsel for Players Network in this case." (*Id.* ¶ 6.) Mr. Ales submits that he "cannot reveal the specifics of the breakdown of the relationship with Players Network without revealing confidential information." (Mem. 2, ECF No. 63-1.)

Parties generally may plead and conduct their own cases personally. 28 U.S.C. § 1654. However, "[o]nly natural persons representing their individual interests in propria persona may appear in court without representation by an attorney." Civ. L.R. 83.3(j). "All other parties, including corporations, partnerships and other legal entities, may appear in court only through an attorney permitted to practice pursuant to Civil Local Rule 83.3." *Id.*; *see also Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel[.]"); *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (affirming district court's entry of default judgment against a corporation when the corporation failed to retain counsel).

Here, Players Network's counsel seek to withdraw themselves as counsel of record for the corporation, which would leave Players Network without counsel. No counsel has appeared on behalf of Players Network to remain in the event counsel are permitted to withdraw, and there is no indication that retaining new counsel for Players Network is imminent. Consequently, permitting this withdrawal would leave Players Network, an "artificial" legal entity, proceeding without counsel in direct contravention to this District's Civil Local Rules. *See* Civ. L.R. 83.3(j); *Rowland*, 506 U.S. at 201–02.

In light of the foregoing, the Court **DENIES WITHOUT PREJUDICE** the motion for leave to withdraw as counsel of record. (ECF No. 63.) If Players Network is unable to retain new counsel in anticipation of counsel's withdrawal within the next thirty days, Mr. Ales and Mr. Cabrera may file a renewed motion **no earlier than January 21, 2020**, to withdraw themselves as counsel of record. If a renewed motion is filed, it should describe the ongoing efforts to seek new counsel in addition

to the ongoing relationship with Players Network. In the event Players Network retains new counsel within the next thirty days, including local counsel if necessary, Mr. Ales and Mr. Cabrera may immediately seek leave to withdraw as counsel.

In addition, having read and considered the moving papers, and good cause appearing, especially in light of Players Network's need for new counsel, the Court **GRANTS** the request for an extension of time for Players Network to respond to Plaintiffs' pending motions to dismiss and to compel (ECF Nos. 58, 59). Players Network shall respond to these motions no later than **February 3, 2020**. Any replies shall be filed no later than **February 17, 2020**.

**IT IS SO ORDERED.**

**DATED: December 18, 2019**

Hon. Cynthia Bashant
United States District Judge