# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES and GEMINI SPECIAL OPPORTUNITIES FUND, LP,<br><br>Plaintiffs,<br><br>v.<br><br>PLAYERS NETWORK INC.,<br><br>Defendant. | Case No: 18-cv-1745 BAS (AHG)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

On June 9, 2020, Plaintiffs filed a motion for summary judgment. (ECF No. 73.) Plaintiffs noticed their motion for July 6, 2020. This is a violation of this Court's standing orders which require parties filing a noticed motion to choose a hearing date of any Monday between 30 and 60 days from the motion's filing date. The Court therefore notices Plaintiffs' motion for July 13, 2020. Any opposition to the motion is due by June 29, 2020 and any reply is due by July 6, 2020. No oral argument will be held unless ordered by the Court.

**IT IS SO ORDERED.**

**DATED: June 10, 2020**

Hon. Cynthia Bashant
United States District Judge