BARNEY C. ALES, LTD.
Barney C. Ales, Esq.
Nevada Bar No. 127
(admitted *pro hac vice*)
Mailing Address:
PO Box 20563
Las Vegas, NV 89112
222 Guidance Ridge Court
Henderson, NV  89012
(702) 998-9576
attorneyales@gmail.com

THE CABRERA FIRM, A.P.C.
Guillermo Cabrera, Esq.
California Bar No. 190303
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: 619-500-4880
Email: gil@cabrerafirm.com
*Movants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC. and GEMINI SPECIAL OPPORTUNITIES FUND, LP;<br><br>Plaintiffs,<br><br>vs.<br><br>PLAYERS NETWORK, INC.;<br><br>Defendant. | Case No.:  18-CV-1745 (BAS)(AHG)<br><br>**NOTICE OF MOTION AND SECOND MOTION TO AS WITHDRAW COUNSEL OF RECORD AND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br>(First Request)<br>**Date: July 13, 2020**<br>Courtroom 4B<br>Hon. Cynthia Bashant<br>**NO ORAL ARGUMENT UNLESS** |

**REQUESTED BY THE COURT**

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE THAT Movants, Barney C. Ales, Esq. of Barney C. Ales, Ltd. and Guillermo Cabrera, Esq. of The Cabrera Firm, A.P.C., hereby notice their Second Motion to Withdraw as Counsel of Record and Motion for Extension of Time to File a Response to Motion for Summary Judgement in the above reference Court located at 221 W. Broadway, Courtroom 4B, San Diego, California, 92101.

Please take further notice that there will be no oral argument unless requested by the Court, and the above hearing date is used to set the briefing schedule and the date the motion is taken under submission by the Court.

There was insufficient time to have a conference with counsel for Plaintiffs prior to filing these motions.

## <u>MOTION</u>

Movants, Barney C. Ales, Esq. of Barney C. Ales, Ltd. and Guillermo Cabrera, Esq. of The Cabrera Firm, A.P.C., hereby move the Court for an order allowing their withdrawal as counsel of record for Defendant, Players Network as well as an order extending the time for Players Network to file a response to the Motion for Summary Judgment (ECF #73), which is presently pending.  This is the

first request for an extension of time for file a response to said pending motion.

These Motions are based upon this Notice of Motion, the accompanying Memorandum of Law; and, the accompanying Declaration of Barney C. Ales; together with any arguments that may be presented at, or before, any hearing on these Motions that may be set by the Court.

DATED this 11th day of June, 2020.

BARNEY C. ALES, LTD.

By: /s/ *Barney C. Ales*
Barney C. Ales, Esq.
Nevada State Bar Number 127
(admitted *pro hac vice*)
Mailing Address: PO Box 20563
Las Vegas, Nevada  89112
222 Guidance Ridge Court
Henderson, NV  89012
Phone: (702) 998-9576
Email: attorneyales@gmail.com

THE CABRERA FIRM, A.P.C.
Guillermo Cabrera, Esq.
California Bar No. 190303
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: 619-500-4880
Email: gil@cabrerafirm.com

*Movants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 11th day of June, 2020 and pursuant to F.R.C.P. 5(b), the foregoing Notice of Motion and Motion to Withdraw as Counsel of Record and Motion for Extension of Time to File a Response to Motion for Summary Judgment was served via the Court's CM/ECF system to the following:

Mazin A. Sbaiti
Email: mas@sbaitilaw.com

Also, I hereby certify that, on the 11th day of June, 2020 and pursuant to F.R.C.P. 5(b), the foregoing Notice of Motion and Second Motion to Withdraw as Counsel of Record and Extension of Time to File a Response to Motion for Summary was served on Players Network by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, addressed as follows:

Players Network
3939 Belmont
North Las Vegas, NV 89030
Attn: Mark Bradley

/s/ *Barney C. Ales*

4