BARNEY C. ALES, LTD.
Barney C. Ales, Esq.
Nevada Bar No. 127
(admitted *pro hac vice*)
Mailing Address:
PO Box 20563
Las Vegas, NV 89112
222 Guidance Ridge Court
Henderson, NV  89012
(702) 998-9576
attorneyales@gmail.com

THE CABRERA FIRM, A.P.C.
Guillermo Cabrera, Esq.
California Bar No. 190303
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: 619-500-4880
Email: gil@cabrerafirm.com
*Movants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC. and GEMINI SPECIAL OPPORTUNITIES FUND, LP;<br><br>Plaintiffs,<br><br>vs.<br><br>PLAYERS NETWORK, INC.;<br><br>Defendant. | Case No.: 18-CV-1745 (BAS)(AHG)<br><br>**MEMORANDUM OF LAW IN SUPPORT OF SECOND MOTION TO WITHDRAW AS COUNSEL OF RECORD AND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br>(First Request)<br>**Date: July 13, 2020**<br>Courtroom 4B<br>Hon. Cynthia Bashant |

Movants, Barney C. Ales, Esq. of Barney C. Ales, Ltd. and Guillermo Cabrera, Esq. of The Cabrera Firm, A.P.C., and hereby move the Court for an order allowing their withdrawal as counsel of record for Defendant, Players Network, as well as an order extending the time for Players Network to file a response to the motion for summary (ECF #73), which is presently pending. This is the first request for an extension of time for file a response to said pending motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant, Players Network, formally engaged Barney C. Ales, Esq. and his firm to be its counsel in this matter. Pursuant the engagement Players Network agreed that Mr. Ales' firm may withdraw from representation if Players Network refused to honor the terms and conditions of its retainer agreement. Thereafter, Mr. Ales located Guillermo Cabrera, Esq. of The Cabrera Firm, A.P.C. to act as local counsel; and, Mr. Cabrera agreed to act as local counsel.

Mr. Ales and Mr. Cabrera previously filed their motion to withdraw (ECF #63) on December 16, 2019 that was scheduled to be heard on January 27, 2020. The initial motion to withdraw (ECF #63) was based on the breakdown in the attorney-client relationship.

The Court entered an Order denying the initial motion to withdraw without prejudice to refile another motion to withdraw (ECF #64). In said Order, the Court stated: "If Players Network is unable to retain new counsel in anticipation of

counsel's withdrawal within the next thirty days, Mr. Ales and Mr. Cabrera may file a renewed motion **no earlier than January 21, 2020**, to withdraw themselves as counsel of record. If a renewed motion is filed, it should describe the ongoing efforts to seek new counsel in addition to the ongoing relationship with Players Network." (emphasis original) (ECF #64).

Subsequent to the entry of the Order denying the initial motion to withdraw without prejudice (ECF #64), Mark Bradley, the President and CEO of Players Network, explained the he had located replacement counsel for this case, but further explained he had reached an informal settlement with Plaintiffs through Adam Baker, the President of Black Mountain Equities, Inc.; and as such, he was going to delay retaining replacement counsel pending preparation of the settlement documentation.  However, the paperwork prepared regarding the settlement did not conform to the settlement discussion.  The principal of the parties continued to discuss resolution of this case through settlement.  Eventually, Magistrate Judge Allison H. Goddard scheduled a Mandatory Settlement Conference for May 21, 2020.  The parties came relatively close to a settlement, but were unable to reach a settlement.

After the Mandatory Settlement Conference, Mr. Ales explained to Mr. Bradley that he and Mr. Cabrera will be filing another motion to withdraw.  Mr. Bradley indicated he understood and stated that he was going to retain replacement counsel to take over this case in the place and stead of Mr. Ales and Mr. Cabrera.

However, it appears that to date, Mr. Bradley has not formally retained replacement counsel in this case for Players Network.

The attorney-client relationship between Mr. Ales and Players Network was established in Nevada. Accordingly, it is submitted Mr. Ales' relationship with Players Network is governed by the Rules of Professional Conduct adopted in Nevada ("NRPC"). NRPC 1.16 permits an attorney to withdraw under specified reasons. NRCP 1.16 is substantially similar to Rule 1.16 of the California Rules of Professional Conduct ("CRPC").

NRPC 1.16 states in pertinent part:

> (b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:
>
> \* \* \*
>
> (5) The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
>
> (6) The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
>
> (7) Other good cause for withdrawal exists.

CRPC 1.16 states in pertinent part:

> (b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:
>
> \* \* \*
>
> (4) the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively;
>
> (5) the client breaches a material term of an agreement with, or obligation, to the lawyer relating to the representation, and the lawyer has given the client a

>reasonable warning after the breach that the lawyer will withdraw unless the client fulfills the agreement or performs the obligation;
>
>(6) the client knowingly and freely assents to termination of the representation…

Players Network has failed to follow the advice provided by Mr. Ales and Mr. Cabrera, which makes it unreasonably difficult for them to carry out their representation of Players Network in an effective manner. Moreover, Players Network has failed to pay the fees and costs that have accrued in this case, which makes it an unreasonable financial hardship for Mr. Ales and Mr. Cabrera to continue as counsel of record for Players Network; which is especially difficult as both Mr. Ales and Mr. Cabrera are sole practioners.  Mr. Ales explained to Mr. Bradley that without benefit of payment neither he nor Mr. Cabrera can continue to provide representation to Players Network in this case, and because payment has not been forthcoming and will not be forthcoming, Mr. Bradley was told that Mr. Ales and Mr. Cabrera will be moving to withdraw from this case.  Mr. Bradley indicated he understood why Mr. Ales and Mr. Cabrera could no longer remain counsel for Players Network and needed to withdraw as counsel, and Mr. Bradley had no objection to the withdrawal of Mr. Ales and Mr. Cabrera.

There is currently pending a motion for summary before the Court (ECF #73).  Based on the reasons set forth above, neither Mr. Ales nor Mr. Cabrera is able to prepare responses to the motion for summary judgment, which is due June 29, 2020.  Therefore, it is necessary to request an extension of time for Players Network to file a response to the pending motion for summary judgment because Players Network will need to retain alternative counsel, which it indicated it has consulted with about this case. *See* F.R.C.P. 6(b).

WHEREFORE, it is respectfully requested that this honorable Court grant

this Second Motion to Withdraw as Counsel of Record, as well as extend the time for Players Network to file a response to the pending motion for summary judgment (ECF #73).

DATED this 11th day of June, 2020.

        BARNEY C. ALES, LTD.

By: /s/ *Barney C. Ales*
Barney C. Ales, Esq.
Nevada State Bar Number 127
(admitted *pro hac vice*)
Mailing Address: PO Box 20563
Las Vegas, Nevada  89112
222 Guidance Ridge Court
Henderson, NV  89012
Phone: (702) 998-9576
Email: attorneyales@gmail.com

THE CABRERA FIRM, A.P.C.
Guillermo Cabrera, Esq.
California Bar No. 190303
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: 619-500-4880
Email: gil@cabrerafirm.com

*Movants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 11th day of June, 2020 and pursuant to F.R.C.P. 5(b), the foregoing Memorandum of Law in Support of Second Motion to Withdraw as Counsel of Record and Motion for Extension of Time to File a Response to Motion for Summary Judgment was served via the Court's CM/ECF system to the following:

Mazin A. Sbaiti
Email: mas@sbaitilaw.com

Also, I hereby certify that, on the 11th day of June, 2020 and pursuant to F.R.C.P. 5(b), the foregoing Memorandum of Law in Support of Second Motion to Withdraw as Counsel of Record and Extension of Time to File a Response to Motion for Summary Judgment was served on Players Network by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, addressed as follows:

Players Network
3939 Belmont
North Las Vegas, NV 89030
Attn: Mark Bradley

/s/ *Barney C. Ales*