BARNEY C. ALES, LTD.
Barney C. Ales, Esq.
Nevada Bar No. 127
(admitted *pro hac vice*)
Mailing Address: P.O. Box 20563
Las Vegas, NV 89112
Office: 222 Guidance Ridge Court
Henderson, NV 89012
Telephone: (702) 998-9576
Email: attorneyales@gmail.com

THE CABRERA FIRM, A.P.C.
Guillermo Cabrera, Esq.
California Bar No. 190303
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: 619-500-4880
Email: gil@cabrerafirm.com
*Movants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC. and GEMINI SPECIAL OPPORTUNITIES FUND, LP; <br><br> Plaintiffs, <br><br> vs. <br><br> PLAYERS NETWORK, INC.; <br><br> Defendant. | Case No.: 18-CV-1745 (BAS)(AHG) <br><br> **DECLARATION OF BARNEY C. ALES** <br><br> **Date: July 13, 2020** <br> **Courtroom: 4B** <br> **Judge: Honorable Cynthia Bashant** |

I, Barney C. Ales, declare the following:

1. I am counsel for Players Network, Defendant in these proceedings. I am over the age of 18, fully competent to make this Declaration and I have

1  personal knowledge of the facts stated herein.

2.  Defendant, Players Network, engaged Barney C. Ales, Esq. and his firm to be its counsel in this matter pursuant to a written retainer agreement.

3.  In the retainer agreement, Players Network agreed that I and my firm may withdraw from representation of Players Network if Players Network refused to cooperate with me and my firm, or refused to follow my advice on a material matter, as well as failed to pay the fees and costs that have accrued in this case.

4.  I located Guillermo Cabrera, Esq. of The Cabrera Firm, A.P.C. to act as my local counsel in this case; and, Mr. Cabrera agreed to act as local counsel.

5.  Mr. Cabrera and I previously filed their motion to withdraw (ECF #63) on December 16, 2019 that was scheduled to be heard on January 27, 2020.

6.  The Court entered an Order denying the initial motion to withdraw without prejudice to refile another motion to withdraw (ECF #64).

7.  Subsequent to the entry of the Order denying the initial motion to withdraw without prejudice (ECF #64), Mark Bradley, the President and CEO of Players Network, explained to me that he had located replacement counsel for this case, but further explained he had reached an informal settlement with Plaintiffs through Adam Baker, the President of Black Mountain Equities, Inc.; and as such, he was going to delay retaining replacement counsel pending preparation of the settlement documentation.

8.  However, the paperwork prepared regarding the settlement did not

conform to the settlement discussion. The principal of the parties continued to discuss resolution of this case through settlement. Eventually, Magistrate Judge Allison H. Goddard scheduled a Mandatory Settlement Conference for May 21, 2020. The parties came relatively close to a settlement, but were unable to reach a settlement.

9. After the Mandatory Settlement Conference, I explained to Mr. Bradley that Mr. Cabrera and I will be filing another motion to withdraw. Mr. Bradley indicated he understood and stated that he was going to retain replacement counsel to take over this case in the place and stead of Mr. Cabrera and me. However, it appears that to date, Mr. Bradley has not formally retained replacement counsel in this case for Players Network.

10. Players Network has failed to follow the advice provided by me and Mr. Cabrera, which makes it unreasonably difficult for us to carry out our representation of Players Network in an effective manner.

11. Moreover, Players Network has failed to pay the fees and costs that have accrued in this case, which makes it an unreasonable financial hardship for me and Mr. Cabrera to continue as counsel of record for Players Network; which is especially difficult as both me and Mr. Cabrera are sole practioners.

12. I have explained to Mr. Bradley that without benefit of payment neither I nor Mr. Cabrera can continue to provide representation to Players Network in this case and because payment has not been forthcoming and will not

be forthcoming, Mr. Bradley was told I and Mr. Cabrera will be moving to withdraw from this case. Mr. Bradley indicated he understood why I and Mr. Cabrera could no longer remain counsel for Players Network and Mr. Bradley had no objection to the withdrawal of me and Mr. Cabrera.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Henderson, Nevada on the 11th day of June, 2020.

By: /s/ *Barney C. Ales*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 11th day of June, 2020 and pursuant to F.R.C.P. 5(b), the foregoing Declaration of Barney C. Ales was served via the Court's CM/ECF system to the following:

Mazin A. Sbaiti
Email: mas@sbaitilaw.com

Also, I hereby certify that, on the 11th day of June, 2020 and pursuant to F.R.C.P. 5(b), the foregoing Declaration of Barney C. Ales was served on Players Network by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, addressed as follows:

Players Network
3939 Belmont
North Las Vegas, NV 89030
Attn: Mark Bradley

/s/ *Barney C. Ales*