1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11
12
13

BLACK MOUNTAIN EQUITIES and
GEMINI SPECIAL OPPORTUNITIES
FUND, LP,

Case No: 18-cv-1745 BAS (AHG)

Plaintiffs,

**ORDER STAYING CASE**

14

v.

15

PLAYERS NETWORK INC.,

16

Defendant.

17
18
19

Defendant Players Network, Inc. filed a notification of bankruptcy.  (ECF No. 77.)

20

Defendant filed a petition for relief in the United States Bankruptcy Court on June 17,

21

2020.  (*Id.* at Exhibit A.)  Pursuant to 11 U.S.C. § 362(a), filing of voluntary bankruptcy

22

automatically stays the continuation of all litigation proceeding against the debtor and any

23

action related to enforcing a judgment obtained before commencement of the bankruptcy

24

proceedings.  Accordingly, the Court **STAYS** this matter.  Plaintiffs' pending motions,

25

(ECF Nos. 72, 73) are terminated and taken off calendar, to be refiled, if necessary, upon

26

the lifting of the bankruptcy stay.  Further, the Court's prior order that Defendant retain

27

licensed counsel for this matter in the next few weeks is now moot.  (ECF No. 76.)

28

Defendant, through counsel, shall notify the Court within 3 business days of any ruling by the Bankruptcy Court that lifts the bankruptcy stay.

     **IT IS SO ORDERED.**

**DATED: June 22, 2020**

**Hon. Cynthia Bashant**
**United States District Judge**